UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRENT PETERSON CONSTRUCTION CORPORATION, a Washington corporation; BRENT PETERSON CONSTRUCTION LLC, a Washington Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN STATES INSURANCE COMPANY, a foreign corporation,<br><br>Defendant. | NO: 12-CV-0459-TOR<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS |

Before the Court is the parties' Stipulated Motion to Dismiss (ECF No. 25). The parties stipulated and agreed that the above-entitled action has been fully settled and compromised, and may be dismissed with prejudice and without costs to any party.

//

//

ORDER GRANTING STIPULATED MOTION TO DISMISS ~ 1

**Accordingly, IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion to Dismiss (ECF No. 25) is **GRANTED**. Pursuant to the parties' stipulation, all claims and causes of action in this matter are **DISMISSED** with prejudice and without costs or fees to any party.

2. All pending motions and hearings (ECF Nos. 11, 14) are **DENIED** as moot.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** this 10th day of December, 2012.

*s/ Thomas O. Rice*

THOMAS O. RICE
United States District Judge